FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 1 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY  shy                          DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| NORMAN ANTHONY BROWN, <br> Petitioner, <br> v. <br> JEFFERY BEARD - DIRECTOR OF CORRECTIONS, <br> Respondent. | Case No. EDCV 13-01181 CBM (AN) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

Dated: July 12, 2013

CONSUELO B. MARSHALL
SENIOR DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 1 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY  sl                          DEPUTY