FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 18 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| NORMAN ANTHONY BROWN, ) | Case No. EDCV 13-01181 CBM (AN) |
| Petitioner, ) | |
| ) | JUDGMENT |
| v. ) | |
| JEFFERY BEARD - DIRECTOR OF ) CORRECTIONS, ) | |
| Respondent. ) | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

Dated: July 12, 2013

_____
CONSUELO B. MARSHALL
SENIOR DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 18 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY